UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY L. JONES,

    Plaintiff,

v.

MEDILODGE GROUP, INC., et al.,

    Defendants.
_____/

Case No. 1:24-cv-721

HON. JANE M. BECKERING

# ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on August 21, 2024, recommending that the Court dismiss this action for failure to state a claim upon which relief may be granted, and that, should Plaintiff appeal this decision, the Court assess the $605.00 appellate filing fee. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court, and this action is DISMISSED for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: September 11, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.