UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY L. JONES,

    Plaintiff,

v.

MEDILODGE GROUP, INC., et al.,

    Defendants.
_____/

Case No. 1:24-cv-721

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that this action is DISMISSED for failure to state a claim upon which relief may be granted.

Dated: September 11, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge